1  GEOFFREY A. HANSEN
   Acting Federal Public Defender
2  VARELL L. FULLER
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant HUMES

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  CR 11-00245 LHK |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] |
| | ) | ORDER CONTINUING HEARING TO |
| vs. | ) | SEPTEMBER 5, 2012, AND EXCLUDING |
| | ) | TIME UNDER THE SPEEDY TRIAL ACT |
| FRANCES HUMES, | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION**

The parties, Frances Humes, and the government, acting through their respective counsel, hereby stipulate, subject to the Court's approval, that the status date currently set for August 8, 2012, be vacated and continued to September 5, 2012, at 9:00 a.m for further status.

Mr. Humes is presently in custody serving a State sentence at Santa Clara County Main Jail, and is before the Court pursuant to a *writ ad prosequendum*.  The parties anticipate this matter will resolve by way of a negotiated plea.  However, the parties request requests a further continuance to permit defense counsel additional time to review the discovery provided and to effectively prepare, and to allow the parties to arrange a meet and confer to discuss issues

relevant to the terms of the aforementioned negotiated disposition. The parties therefore respectfully requests and agree to a further continuance and exclusion of time based on defense counsels' need to effectively prepare.

Accordingly, the parties agree and stipulate that time should be excluded from August 8, 2012, through and including September 5, 2012, under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for effective preparation. The parties agree that granting the requested exclusion of time will serve the interest of justice and the ends of justice outweigh the interest of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

Dated: August 7, 2012  _____/s/_____
VARELL L. FULLER
Assistant Federal Public Defender

Dated: August 7, 2012  _____/s/_____
JEFFREY B. SCHENK
Assistant United States Attorney

## [~~Proposed~~] ORDER

GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY ORDERED that the status hearing currently set for August 8, 2012, shall be continued to September 5, 2012, at 9:00 a.m, for further status.

THE COURT FINDS that failing to exclude the time between August 8, 2012, and September 5, 2012, would unreasonably deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(7)(B)(iv).

THE COURT FURTHER FINDS that the ends of justice served by excluding the time between August 8, 2012, and September 5, 2012, from computation under the Speedy Trial Act outweigh the interests of the public and the defendant in a speedy trial.

THEREFORE, IT IS HEREBY ORDERED that the time between August 8, 2012, and September 5, 2012, shall be excluded from computation under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), and (B)(iv). .

IT IS SO ORDERED.

Dated: 8/7/12

_____
THE HONORABLE LUCY H. KOH
United States District Court Judge

Stipulation and [Proposed] Order Continuing Hearing
No. CR 11-00245 LHK        3