STEVEN G. KALAR
Federal Public Defender
ROBERT CARLIN
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for FRANCIS HUMES

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>FRANCIS HUMES,<br><br>               Defendant. | No. CR 11-00245-LHK<br><br>**[PROPOSED] ORDER ON STIPULATION TO CONTINUE STATUS CONFERENCE** |

    1. Mr. Humes has been charged in a two count indictment with violations of 18 U.S.C. §§ 1704 and 1708.

    2. A status conference before this Court is currently scheduled for December 12, 2012, at 9:00 a.m.

    3. Mr. Humes needs additional time to review the discovery materials with counsel, and also to continue negotiations with the United States regarding a resolution of the matter.

    4. There is good cause for the requested continuance, and the "ends of justice" served by taking such action "outweigh the best interest of the public and the defendant in a speedy trial." 18 U.S.C. § 3161 (h)(7)(A). Accordingly, the time from December 12, 2012 to January 9, 2013, is excluded pursuant to section § 3161 (h)(7)(A).

1     5. The status hearing in this matter shall be continued from December 12, 2012 to January 9, 2013, at 9:00 a.m.

IT IS SO ORDERED.

Dated: 12/11/12

HON. LUCY H. KOH
United States District Judge

4